Chief Justice CASTILLE and Justices EAKIN, BAER, TODD, McCAFFERY and STEVENS join the opinion.

**William ROHLAND, Appellant**

v.

**DEPARTMENT OF CORRECTIONS SCI–GRATERFORD (STATE OFFICE), Tom Rowland, Super/Officer at SCI–Graterford and Mike Wenerowicz, Pauline Zemorski, Mark Levy, Appellees.**

Supreme Court of Pennsylvania.

Sept. 24, 2014.

### *ORDER*

PER CURIAM.

**AND NOW,** this 24th day of September, 2014, the Order of the Commonwealth Court is hereby **AFFIRMED.**